IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID B. WINDHAM,

      Appellant,

v.

FLORIDA COASTAL SCHOOL
OF LAW, INC., a For-Profit
Corporation,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2501

_____/

Opinion filed August 22, 2017.

An appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

Lisa Paige Glass, Boca Raton, for Appellant.

Jessie L. Harrell, Rebecca Bowen Creed, and Bryan S. Gowdy of Creed & Gowdy,
P.A., Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY and KELSEY, JJ., and DOUGLAS, WESLEY R., ASSOCIATE JUDGE,
CONCUR.